Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiffs
LONNIE LESS USHER and
MARGARET ANN USHER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LONNIE LESS USHER and MARGARET ANN USHER,<br><br>                Plaintiffs,<br>  v.<br><br>TATE & KIRLIN ASSOCIATES, INC., a Pennsylvania corporation,<br><br>                Defendant. | Case No. CV10-003497-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiffs, LONNIE LESS USHER and MARGARET ANN USHER, by and through their attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiffs, LONNIE LESS USHER and MARGARET ANN USHER, hereby dismisses, with prejudice, all claims made by them against Defendant, TATE & KIRLIN ASSOCIATES, INC., in their Complaint filed herein on August 10, 2010.  Plaintiffs further notify the Court that their dispute with Defendant has been settled.

Dated:  January 31, 2011                      /s/ Fred W. Schwinn
                                                                        Fred W. Schwinn, Esq.
                                                                        Attorney for Plaintiffs
                                                                        LONNIE LESS USHER and
                                                                        MARGARET ANN USHER